No. 72–147. Bullock, Secretary of State of Texas, et al. v. Regester et al. Appeal from D. C. W. D. Tex. [Probable jurisdiction noted, 409 U. S. 840.] Motion of appellees for additional time and for permission for more than one counsel to argue granted. Fifteen additional minutes allotted to both appellees and appellants for that purpose.

No. A–714 (72–917). Turnof v. United States. C. A. 2d Cir. Application for stay of judgment of conviction of the United States District Court for the Southern District of New York presented to Mr. Justice Douglas, and by him referred to the Court, denied.

No. A–761 (72–977). Jack v. United States. C. A. 2d Cir. Application for stay of judgment presented to Mr. Justice Blackmun, and by him referred to the Court, denied. Mr. Justice Marshall took no part in the consideration or decision of this application.

No. D–3. In re Disbarment of Konigsberg. It having been reported to this Court that Sidney Konigsberg of New York, New York, has been disbarred from the practice of law in all the courts of the State of New York, and this Court by order of November 6, 1972 [409 U. S. 974], having suspended the said Sidney Konigsberg from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent and that the time within which to file a return has expired;

It Is Ordered that the said Sidney Konigsberg be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.